Sylvester Wayne WILLIAMS,
Plaintiff–Appellant,

v.

DEPARTMENT OF VETERANS
AFFAIRS and United States,
Defendants–Appellees.

No. 2011–1072.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2010.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendants–Appellees.

Sylvester Wayne Williams, San Diego, CA, pro se.

## ON MOTION

### ORDER

Upon consideration of Sylvester Wayne Williams' motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.